IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
(VALDOSTA DIVISION)

| | |
|---|---|
| NUTRIEN AG SOLUTIONS, INC. f/k/a CROP PRODUCTION SERVICES, INC.<br><br>Plaintiff<br><br>Vs.<br><br>JOSHUA B. CARTER and DEEP SOUTH VEGETABLES, INC.<br><br>Defendants | Case No.: 7:21-CV-89(WLS) |

## CONSENT JUDGMENT

Whereas Nutrien Ag Solutions, Inc. f/k/a Crop Production Services, Inc. ("Nutrien") and Defendants Joshua B. Carter and Deep South Vegetables, Inc. have settled the above-captioned litigation and wish to memorialize their agreement as a Consent Judgment ("Judgment"), the Plaintiff is hereby awarded a Judgment against the Defendants, as follows:

1. Defendants consent to an award in favor of the Plaintiff in the amount of $398,836.65, which shall accrue interest at five percent (5%) per annum, pursuant to that certain Amortization Schedule, which is attached hereto and incorporated herein, by making payments as agreed below:

    a. On or before December 15, 2022, Defendants will pay to Nutrien the sum of $75,000.00;

    b. On or before December 15, 2023, Defendants will pay to Nutrien the sum of

$75,000.00; and

    c. On November 15, 2024, Defendants will pay the entire amount of principal and interest then due and payable in the amount of $300,278.79, as outlined by that certain Amortization Schedule attached hereto as Exhibit "A" and incorporated herein.

2. All payments will be in certified funds or wire transfers and will be transmitted to: Nutrien Ag Solutions, Inc. c/o Michael A. Strickland, Castellow & Strickland, LLP, P.O. Box 190, Moultrie, Georgia 31776.

Nutrien and Defendants further agree that Nutrien will record this Judgment and will file a civil disposition form with the United State District Court of the Middle District of Georgia. However, Nutrien will not request a Writ of Execution or enforce this Judgment unless the payments in paragraph 1 above are not made at the time and in the manner as described above ("Default").

If Defendants are in Default, Defendants agree that the only requirement for enforcement of this Judgment, for full recovery for the amount in paragraph 1 above, less payments made, is the Plaintiff's request of the issuance of a Writ of Execution with the Clerk of the United State District Court of the Middle District of Georgia.

*W. Louis Sands* (signature)
Honorable W. Louis Sands
Senior Judge, United States District Court

Prepared by:

/s/ Michael A. Strickland, Esq.
Michael A. Strickland
Counsel for Plaintiff
Georgia Bar No. 687810
P.O. Box 190
Moultrie, Georgia 31776
(229) 985-1213

Consent to:

/s/ Zachary R. Cowart, Esq.
Zachary R. Cowart
Counsel for Defendant
Georgia Bar No. 191980
P.O. Box 5979
Valdosta, Georgia 31603
(229) 249-8680